UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH HOLLAND,

                Plaintiff,

     v.

KING COUNTY, et al.,

                Defendants.

Case No. C17-1758-JCC-MAT

REPORT AND RECOMMENDATION

    Plaintiff is a former county prisoner who is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action. On February 12, 2018, the Honorable John C. Coughenour entered an order dismissing some of plaintiff's claims and directing service of his Eighth and Fourteenth Amendment claims against Officer Bush. (Dkt. 14.) On March 7, 2018, counsel for Officer Bush appeared and filed a waiver of service. (Dkts. 15 & 16.) On March 30, 2018, plaintiff filed a notice of voluntary dismissal. (Dkt. 17.) On April 19, 2018, Officer Bush filed a motion to dismiss this action with prejudice, arguing that plaintiff had previously dismissed another lawsuit alleging the same facts. (Dkt. 19.) Plaintiff did not respond.

/ / /

/ / /

REPORT AND RECOMMENDATION - 1

With respect to voluntary dismissals, Federal Rule of Civil Procedure 41 provides:

(1) By the Plaintiff.

(A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Fed. R. Civ. P. 41(a)(1) (italics in original).

The Ninth Circuit has explained, "Once a notice of voluntary dismissal is filed, the district court in which the action is pending loses jurisdiction and cannot exercise discretion with respect to the terms and conditions of the dismissal. Nor may it rule at the defendant's request on whether the plaintiff's notice of dismissal in the second action is with prejudice or without prejudice." *Commercial Space Mgmt. Co. Inc. v. The Boeing Co.*, 193 F.3d 1074, 1076 (9th Cir. 1999). The question of whether the "second voluntary dismissal is subject to the two dismissal rule such that it operates with prejudice as an adjudication on the merits is an issue that becomes ripe (and can be determined) only in a third action, if and when one is filed." *Id.*

Plaintiff's notice of voluntary dismissal, which he filed before Officer Bush answered or filed a motion for summary judgment, terminated the Court's jurisdiction over this action. Accordingly, the Court cannot consider Officer Bush's request to dismiss this action with prejudice and must recommend that his motion to dismiss (Dkt. 19) be DENIED as moot. A proposed Order accompanies this Report and Recommendation.

1     Objections to this Report and Recommendation, if any, should be filed with the Clerk and

2 served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report

3 and Recommendation is signed.  Failure to file objections within the specified time may affect

4 your right to appeal.  Objections should be noted for consideration on the District Judge's motions

5 calendar for the third Friday after they are filed.  Responses to objections may be filed within

6 **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be

7 ready for consideration by the District Judge on **July 6, 2018**.

8     Dated this 14th day of June, 2018.

                                                   Mary Alice Theiler
                                                   United States Magistrate Judge

REPORT AND RECOMMENDATION - 3