# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOSEPH HOLLAND,

    Plaintiff,

v.

KING COUNTY, *et al.*,

    Defendants.

Case No. C17-1758-JCC

ORDER

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court FINDS and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) Defendant's motion to dismiss (Dkt. 18) is DENIED as moot; and

(3) The Clerk is directed to send copies of this order to the parties and to Judge Theiler.

DATED this 9th day of July 2018.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-1758-JCC
PAGE - 1